IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02495-BNB

LAWRENCE M. JIRON,

Applicant,

v.

WARDEN GEORGE DUNBAR, and
JOHN SUTHERS, Attorney General of the State of Colorado,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 5 2007

GREGORY C. LANGHAM
CLERK

---

### ORDER TO STAY PROCEEDINGS

---

Applicant, Lawrence M. Jiron, is a prisoner in the custody of the Colorado Department of Corrections at the Buena Vista Correctional Facility at Buena Vista, Colorado. Mr. Jiron has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Mr. Jiron is challenging the validity of his criminal conviction in Alamosa County District Court case number 01-CR-85.

The court is aware that Mr. Jiron previously filed a different application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of the same criminal conviction. *See Jiron v. 12th Judicial Dist.*, No. 07-cv-01769-ZLW (D. Colo. Oct. 4, 2007), *appeal filed*, No. 07-1477 (10th Cir. Nov. 13, 2007). Although Mr. Jiron's prior habeas corpus action was dismissed without prejudice, Mr. Jiron has filed a notice of appeal from the order dismissing 07-cv-01769-ZLW and his appeal is pending in the United States Court of Appeals for the Tenth Circuit.

In the event the court of appeals reverses the dismissal of Mr. Jiron's prior

habeas corpus application, he would have two separate actions pending in this court challenging the validity of the same state court conviction. In these circumstances, the Court finds that a stay is necessary to avoid the possibility of confusion and duplicative efforts. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." **Landis v. North American Co.**, 299 U.S. 248, 254 (1936). Therefore, the court will stay the proceedings in the instant action pending the resolution of Mr. Jiron's appeal in 07-cv-01769-ZLW. Accordingly, it is

ORDERED that the proceedings in the instant action are stayed pending resolution of Mr. Jiron's appeal of the denial of his application for writ of habeas corpus in 07-cv-01769-ZLW.

DATED December 5, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02495-BNB

Lawrence M. Jiron
Prisoner No. 116040
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/5/07

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk