IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02495-BNB

LAWRENCE M. JIRON,

Applicant,

v.

WARDEN GEORGE DUNBAR, and
JOHN SUTHERS, Attorney General of the State of Colorado,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's "A Motion of Declaratory Judgment Act of 1933, Pursuant to Title 28 USC 2201" filed on January 18, 2008, and Applicant's "A Motion for Reconsideration Pursuant to Colorado Appellate Rules Ch. 32" filed on January 23, 2008, are DENIED because the instant action has been stayed and the filed documents do not relate to the court's order staying this action.

Dated: January 24, 2008

Copies of this Minute Order mailed on January 24, 2008, to the following:

Lawrence M. Jiron
Buena Vista Correctional Complex
PO Box 2017
Buena Vista, CO 81211

_____
Secretary/Deputy Clerk