IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 19 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02495-BNB

LAWRENCE M. JIRON,

    Applicant,

v.

WARDEN GEORGE DUNBAR, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "A Writ of Habeas Corpus; a Motion and Demand of Release From False Imprisonment" filed on February 15, 2008, is DENIED because this action has been stayed.

Dated: February 19, 2008

Copies of this Minute Order were mailed on February 19, 2008, to the following:

Lawrence M. Jiron
Reg. No. 116040
Buena Vista Correctional Complex - Main & Boot Camp
PO Box 2017
Buena Vista, CO 81211

                                            Secretary/Deputy Clerk