FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 16 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02495-BNB

LAWRENCE M. JIRON,

    Applicant,

v.

WARDEN GEORGE DUNBAR, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER OF DISMISSAL

Applicant Lawrence M. Jiron initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 4, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Jiron to file an amended application that clarifies the claims he intends to raise in this action. Mr. Jiron was warned that the action would be dismissed without further notice if he failed to file an amended application within thirty days.

Mr. Jiron has failed to file an amended application as directed and he has failed to respond in any way to Magistrate Judge Boland's March 4 order. Therefore, the application will be denied and the action will be dismissed without prejudice for failure to file an amended application as directed. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to file an amended application as directed.

DATED at Denver, Colorado, this 15 day of April, 2008.

BY THE COURT:

*(signature)*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02495-BNB

Lawrence M. Jiron
Prisoner No. 116040
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4-16-09

                        GREGORY C. LANGHAM, CLERK

                By: _____
                              Deputy Clerk